AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| RICHARD DEPASCALE on behalf of himself or herself and all other similarly situated consumers <br><br> *Plaintiff(s)* <br><br> v. <br><br> DEBT RECOVERY SOLUTIONS, LLC <br><br> *Defendant(s)* | Civil Action No. 19-cv-2174 DLI-JO |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Debt Recovery Solutions, LLC
6800 Jericho Turnpike,
Suite 113E
Syosset, New York, 11791

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Jacob Silver
Attorney At Law
237 Club Dr.
Woodmere, NY 11598
(718) 855-3834
silverbankruptcy@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



DOUGLAS C. PALMER
*CLERK OF COURT*

Date: 04/16/2019     *s/Kimberly Davis*

*Signature of Clerk or Deputy Clerk*